

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00260-CR

**EX PARTE** Jorge Favian **DOMINGUEZ ORTIZ**

From the County Court, Kinney County, Texas
Trial Court No. 10364CR
Honorable Roland Andrade, Judge Presiding

BEFORE THE EN BANC COURT

In accordance with this court's opinion of this date, the judgment of the trial court denying appellant's application for writ of habeas corpus is AFFIRMED. This court's May 5, 2022 stay is LIFTED.

SIGNED December 7, 2022.

_____
Rebeca C. Martinez, Chief Justice